IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HERRON LEE JOHNSON, | * |
|     Petitioner, | * |
| vs. | * |
| Sheriff GREG COUNTRYMAN, | *   CASE NO. 4:25-cv-236-CDL-AGH |
|     Respondent. | * |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 17, 2025 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 22nd day of December, 2025.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA

---

[1] The Court construes Petitioner's Amended Petition (ECF No. 17) as an objection.